UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT HOFFMAN, #181813,           )
    Plaintiff,                                  )
                                      )      No. 1:15-cv-1194
-v-                                                  )
                                      )      HONORABLE PAUL L. MALONEY
JOAN ALFREY, et al.,                     )
    Defendants.                            )
                                      )

## JUDGMENT

In accordance with the opinion entered today (ECF No. 149), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  November 2, 2020                                    /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge